

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00034-CV

## IN THE MATTER OF THE MARRIAGE OF
## STANLEY CRAIG HARRAL
## AND
## SHARON ANNE HARRAL

**From the 66th District Court
Hill County, Texas
Trial Court No. 47,540**

## MEMORANDUM OPINION

Appellant, Sharon Anne Harral, appealed a final decree of divorce signed on November 16, 2009. The Clerk of this Court warned Harral that the appeal was subject to dismissal because it appeared the notice of appeal was untimely. The Clerk also warned Harral that unless a response was filed showing grounds for continuing the appeal, the appeal would be dismissed. Harral has not responded to the Clerk's letter.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3.

Further, absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See*

*also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2009). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Harral.


            TOM GRAY
            Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed March 3, 2010
[CV06]